**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CAROLYNN PLACE and
LIBERTY DZAMKO, individually,
and on behalf of all others                                    Case No. 6:26-cv-00757
similarly situated,

     Plaintiffs,

v.

THE ORTHOPAEDIC INSTITUTE,
P.A., a Florida professional association,

     Defendant.

———————————————/

**PLAINTIFF'S DISCLOSURE STATEMENT (CIVIL) UNDER
RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

**Recusal Information**

If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

    N/A

Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

- Members of the putative classes defined in the Class Action Complaint
- Orthopedic Care Partners Management, LLC
- Google LLC
- AdRoll (a NextRoll, Inc. company)

Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might

1

appear as a material witness in the action.

    None.

If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

    N/A

Identify any entity or natural person not already disclosed and likely to actively participate in this action.

    None.

Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

    None known to Counsel.

## Citizenship Information

If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

    N/A

If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

    N/A

## Certificate

The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.

Dated: April 7, 2026

Respectfully submitted,

By: */s/ Adam A. Schwartzbaum*

Adam Schwartzbaum, Esq.
Florida Bar No. 93014
**SCHWARTZBAUM**
14 NE 1st Ave Ste 705
Miami, FL 33132
Telephone: 786-454-8485
Primary Email:
adam@schwartzbaum.com
Secondary Email:
admin@schwartzbaum.com

Don Bivens*
Maxwell K. Weiss*
**DON BIVENS**
15169 N. Scottsdale Road, Suite 205
Scottsdale, Arizona 85254
Telephone: 602- 762-2661
Email: Don@DonBivens.com
        Max@DonBivens.com

 *Pro Hac Vice Forthcoming

*Counsel for Plaintiff and the Proposed Class*

3