# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CAROLYNN PLACE and
LIBERTY DZAMKO, individually,        Case No. 26-cv-00757
and on behalf of all others
similarly situated,

      Plaintiffs,

v.

THE ORTHOPAEDIC INSTITUTE,
P.A., a Florida professional association,

      Defendant.

————————————————/

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to Local Rule 2.02(a), formal notice is hereby given that the undersigned attorney, Adam A. Schwartzbaum Esq., will serve as Lead Counsel for Plaintiffs, Carolynn Place and Liberty Dzamko, in the above-styled action.

Dated: April 9, 2026

                              Respectfully submitted,

                              By: */s/ Adam A. Schwartzbaum*

                              Adam Schwartzbaum, Esq.
                              Florida Bar No. 93014
                              **SCHWARTZBAUM**
                              14 NE 1st Ave Ste 705
                              Miami, FL 33132
                              Telephone: 786-454-8485
                              Primary Email:
                              adam@schwartzbaum.com

1

Secondary Email:
admin@schwartzbaum.com

Don Bivens*
Maxwell K. Weiss*
15169 N. Scottsdale Road, Suite 205
Scottsdale, Arizona 85254
Telephone: 602- 762-2661
Email: Don@DonBivens.com
　　　　Max@DonBivens.com

*Pro Hac Vice Forthcoming

*Counsel for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of April, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Adam A. Schwartzbaum*
Adam A. Schwartzbaum

2