## AFFIDAVIT OF SERVICE

| Case:<br>6:26-cv-00757 | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION | County: | Job:<br>15631113 (26-CA- OrthopaedicCare-0012) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>CAROLYNN PLACE and LIBERTY DZAMKO, individually, and on behalf of all others similarly situated | | **Defendant / Respondent:**<br>THE ORTHOPAEDIC INSTITUTE, P.A.,a Florida professional association | |
| **Received by:**<br>Process Servers of the Carolinas | | **For:**<br>SCHWARTZBAUM | |
| **To be served upon:**<br>The Orthopaedic Institute, P.A. c/o CT Corporation System, as registered agent | | | |

I, Roy Bates, being duly sworn, depose and say: I am over the age of 21 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Monicka Cleary, CORPORATE: 1200 S. Pine Island Road 250, Plantation,, Florida 33324

**Manner of Service:**  Registered Agent, Apr 10, 2026, 11:08 am EDT

**Documents:**  Summons in a Civil Action (Received Apr 9, 2026 at 1:37pm EDT), CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL (Received Apr 9, 2026 at 1:37pm EDT)

**Additional Comments:**

1) Successful Attempt: Apr 10, 2026, 11:08 am EDT at CORPORATE: 1200 S. Pine Island Road 250, Plantation,, Florida 33324 received by Monicka Cleary. Age: 29; Ethnicity: African American; Gender: Female; Weight: 125; Height: 5'6"; Hair: Brown; Eyes: Brown; Relationship: Intake Specialist ; Other: Intake Specialist ;

In compliance with Florida Statutes §48.021 and §48.031, I personally hand-delivered a true copy of said legal documents to the registered agent of record, CT Corporation Systems, 1200 South Pine Island Road, 250 Plantation, Florida 33324, on behalf of the defendant.

At the time of service, I properly endorsed the original summons with my initials, the date and hour of service, and my official badge number (SPS #1383), in accordance with Florida Statute §48.21.

Service was completed by personal delivery to the authorized registered agent.

See what I attached.

_____  _4/10/26_

Roy Bates                         Date

Process Servers of the Carolinas
6416 Read Rd Ste B-7 #77031
Charlotte, NC 28277
980-287-1100

Subscribed and sworn to before me by the affiant who is personally known to me.

_____

Notary Public

_4/10/26_          _08/13/29_

Date                  Commission Expires

Victoria L Ellis
Commission # HH 710375
Commission Expires 08-13-2029
Bonded Through - Cynanotary
Florida - Notary Public