**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CAROLYNN PLACE and
LIBERTY DZAMKO, individually,
and on behalf of all others                                     Case No. 6:26-cv-00757
similarly situated,

       Plaintiffs,

v.

THE ORTHOPAEDIC INSTITUTE,
P.A., a Florida professional association,

       Defendant.

_____/

**MOTION FOR SPECIAL ADMISSION OF MAXWELL K. WEISS**

I, Maxwell K. Weiss, esquire, move for special admission to represent plaintiffs Carolyn Place and Liberty Dzamko in this action.

I am neither a Florida Resident nor a member of good standing in the Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically the United States District Courts for the Southern District of New York and the Eastern District of New York.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida.

1

I have initially appeared in the last thirty-six months in the following case in the State of Florida, including both state and federal courts:

*Naples Pride v. City of Naples, et al.*, 2:25-cv-291 (M.D. Fla.)

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I will pay the fee for special admission upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Respectfully submitted,

By: */s/ Maxwell K. Weiss*

Maxwell K. Weiss
**DON BIVENS PLLC**
15169 N. Scottsdale Road,
Suite 205
Scottsdale, Arizona 85254
Telephone: 602- 762-2661
Email: Max@DonBivens.com

2

## Local Rule 3.01(g) Certification

No opposing counsel has appeared as of the date of this filing. Local counsel Adam Schwartzbaum is a member in good standing of The Florida Bar, is admitted to practice before this Court, and will remain counsel of record.