**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

CAROLYNN PLACE and
LIBERTY DZAMKO, individually,                Case No. 26-cv-00757
and on behalf of all others
similarly situated,

       Plaintiffs,

v.

THE ORTHOPAEDIC INSTITUTE,
P.A., a Florida professional association,

       Defendant.

————————————————/

## CERTIFICATION OF NO THIRD-PARTY LITIGATION FUNDING

Pursuant to the Court's Standing Order Requiring Disclosure of Third-Party Litigation Funding, Plaintiffs Carolynn Place and Liberty Dzamko ("Plaintiffs"), by and through undersigned counsel, hereby certify as follows:

I have reviewed the Standing Order Requiring Disclosure of Third-Party Litigation Funding. After diligent inquiry, I certify that Carolynn Place and Liberty Dzamko have not received any third-party litigation funding at this time, but I understand the continuing duty to supplement imposed by the Standing Order.

Dated: May 5, 2026

Respectfully submitted,

By: */s/ Adam A. Schwartzbaum*

1

Adam Schwartzbaum, Esq.
Florida Bar No. 93014
**SCHWARTZBAUM**
14 NE 1st Ave Ste 705
Miami, FL 33132
Telephone: 786-454-8485
Primary Email:
adam@schwartzbaum.com
Secondary Email:
admin@schwartzbaum.com

Don Bivens*
Maxwell K. Weiss*
15169 N. Scottsdale Road, Suite 205
Scottsdale, Arizona 85254
Telephone: 602- 762-2661
Email: Don@DonBivens.com
Max@DonBivens.com

*Pro Hac Vice Forthcoming

*Counsel for Plaintiff and the Proposed Class*

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 5th day of May, 2026, I electronically filed

the foregoing with the Clerk of the Court by using the CM/ECF system, which will

send a notice of electronic filing to all counsel of record.

*/s/ Adam A. Schwartzbaum*
Adam A. Schwartzbaum

2