## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CAROLYNN PLACE and LIBERTY
DZAMKO, individually,
and on behalf of all others similarly
situated,

                Plaintiffs,                Case No.: 6:26-cv-757-AGM-LHP

        v.

THE ORTHOPAEDIC INSTITUTE, P.A.,
a Florida professional association,

                Defendant.

## DEFENDANT'S NOTICE OF LEAD COUNSEL

Defendant The Orthopaedic Institute, P.A. hereby notices the Court that

Angelique Groza Lyons is designated as lead counsel in the above-styled matter.

This 6th day of May, 2026

                                   */s/Angelique Lyons*
                                   Angelique Groza Lyons, Esq.
                                   Fla. Bar No. 118801
                                   alyons@constangy.com
                                   CONSTANGY, BROOKS, SMITH &
                                   PROPHETE, LLP
                                   100 North Tampa Street, Suite 2650
                                   Tampa, Florida 33602
                                   T: (813) 223-7166 / F: (813) 223-2515
                                   tampa@constangy.com
                                   *Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of May, 2026, the foregoing was filed with the Clerk of Court using the CM/ECF system which will generate and send an e-mail notification of said filing to all counsel of record.

*/s/Angelique Lyons*

Angelique Groza Lyons, Esq.
*Attorney for Defendant*
