## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

CAROLYNN PLACE and LIBERTY
DZAMKO, individually,
and on behalf of all others similarly
situated,

    Plaintiffs,    Case No.: 6:26-cv-757-AGM-LHP

  v.

THE ORTHOPAEDIC INSTITUTE, P.A.,
a Florida professional association,

    Defendant.

_____

## DEFENDANT'S ANSWER

Defendant, The Orthopaedic Institute, P.A. ("Defendant"), by and through the undersigned counsel, hereby asserts the following Answer in response to Plaintiffs' Complaint ("Complaint"). Defendant incorporates the headings and sub-headings of the Complaint for reference only, and except as expressly admitted below, denies the claims and allegations of the Complaint.

## NATURE OF THE ACTION

1. Defendant admits Plaintiffs have styled this as a putative class action against Defendant. Defendant denies the remaining allegations in Paragraph 1 of the Complaint.

14745881v1

2. Defendant admits it operates in Florida and denies the remaining allegations in Paragraph 2 of Plaintiffs' Complaint as stated.

3. Defendant denies the allegations in Paragraph 3 of Plaintiffs' Complaint.

4. Defendant denies the allegations in Paragraph 4 of Plaintiffs' Complaint.

5. The contents of the statutes referenced in Paragraph 5 of Plaintiffs' Complaint speak for themselves. To the extent the allegations in Paragraph 5 of Plaintiff's Complaint contradict the statutes, Defendant denies them and any remaining allegations contained in paragraph 5 of the Complaint.

6. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 6 of the Complaint, and therefore denies the same.

## PARTIES

7. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 7 of the Complaint, and therefore denies the same.

8. Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 8 of the Complaint, and therefore denies the same.

9. Defendant admits that it is a Florida healthcare entity and denies any remaining allegations in Paragraph 9 of Plaintiffs' Complaint.

14745881v1

**JURISDICTION AND VENUE**

10.    The allegations in Paragraph 10 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 10 of the Complaint.

11.    The allegations in Paragraph 11 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 11 of the Complaint.

12.    The allegations in Paragraph 12 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 12 of the Complaint.

13.    The allegations in Paragraph 13 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 13 of the Complaint.

14.    The allegations in Paragraph 14 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 14 of the Complaint.

**FACTUAL ALLEGATIONS**

**A. Overview of Website Tracking on Healthcare Websites**

15.    Defendant denies the allegations in Paragraph 15 of Plaintiffs' Complaint.

14745881v1

16.     Defendant denies the allegations in Paragraph 16 of Plaintiffs' Complaint.

17.     Defendant denies the allegations in Paragraph 17 of Plaintiffs' Complaint.

## B. The Google Analytics Tracking Technology

18.     Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 18 of the Complaint, and therefore denies the same.

19.     Defendant denies the allegations in Paragraph 19 of Plaintiffs' Complaint.

20.     Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 20 of the Complaint, and therefore denies the same.

21.     Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 21 of the Complaint, and therefore denies the same.

22.     Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 22 of the Complaint, and therefore denies the same.

## C. The DoubleClick Tracking Technology

23.     Defendant denies the allegations in Paragraph 23 of Plaintiffs' Complaint.

4

24. Defendant denies the allegations contained in Paragraph 24 of the Complaint.

25. Defendant denies the allegations contained in Paragraph 25 of the Complaint.

**D. The AdRoll Tracking Technology**

26. Defendant denies the allegations in Paragraph 26 of Plaintiffs' Complaint.

27. Defendant denies the allegations in Paragraph 27 of Plaintiffs' Complaint.

28. Defendant denies the allegations in Paragraph 28 of Plaintiffs' Complaint.

29. Defendant denies the allegations in Paragraph 29 of Plaintiffs' Complaint.

30. Defendant denies the allegations in Paragraph 30 of Plaintiffs' Complaint.

31. Defendant denies the allegations in Paragraph 31 of Plaintiffs' Complaint.

**E. TOI Shares Users' Private Health Information with Third Parties**

32. Defendant states that its website speaks for itself with regard to the

14745881v1

functions that can be performed through it. Defendant denies any remaining allegations in Paragraph 32 of Plaintiffs' Complaint

33.    Defendant denies the allegations in Paragraph 33 of Plaintiffs' Complaint.

34.    Defendant denies the allegations in Paragraph 34 of Plaintiffs' Complaint.

35.    Defendant denies the allegations in Paragraph 35 of Plaintiffs' Complaint.

### a. Physician Searches

36.    Defendant states that its website speaks for itself. To the extent the allegations in Paragraph 36 of the Complaint contradict Defendant's website, Defendant denies them and any remaining allegations.

37.    Defendant states that its website speaks for itself. To the extent the allegations in Paragraph 37 of the Complaint contradict Defendant's website, Defendant denies them and any remaining allegations.

38.    Defendant denies the allegations in Paragraph 38 of Plaintiffs' Complaint.

### b. Medical Services Searches

39.    Defendant states that its website speaks for itself. To the extent the

6

allegations in Paragraph 39 of the Complaint contradict Defendant's website, Defendant denies them and any remaining allegations.

40.    Defendant denies the allegations in Paragraph 40 of Plaintiffs' Complaint.

41.    Defendant denies the allegations in Paragraph 41 of Plaintiffs' Complaint.

### c.  Appointment Scheduling

42.    Defendant denies the allegations in Paragraph 42 of Plaintiffs' Complaint.

### d.  Patient Portal Access

43.    Defendant denies the allegations in Paragraph 43 of Plaintiffs' Complaint.

### e.  Bill Payment

44.    Defendant denies the allegations in Paragraph 44 of Plaintiffs' Complaint.

### f.  Location Searches

45.    Defendant denies the allegations in Paragraph 45 of Plaintiffs' Complaint.

14745881v1

## F. Defendant's Responsibility for the Interception of Electronic Communications

46. Defendant denies the allegations in Paragraph 46 of Plaintiffs' Complaint.

47. Defendant denies the allegations in Paragraph 47 of Plaintiffs' Complaint.

48. Defendant denies the allegations in Paragraph 48 of Plaintiffs' Complaint.

## G. TOI's Privacy Policy Does Not Authorize the Tracking Conduct

49. Defendant states that its website speaks for itself. To the extent the allegations in Paragraph 49 of the Complaint contradict Defendant's website, Defendant denies them and any remaining allegations.

50. The allegations in Paragraph 50 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 50 of the Complaint.

51. The allegations in Paragraph 51 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 51 of the Complaint.

14745881v1

**H. TOI's Conduct Violates HIPAA**

52.    The allegations in Paragraph 52 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 52 of the Complaint.

53.    The allegations in Paragraph 53 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 53 of the Complaint.

54.    The allegations in Paragraph 54 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 54 of the Complaint.

55.    The allegations in Paragraph 55 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 55 of the Complaint.

56.    The allegations in Paragraph 56 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 56 of the Complaint.

**I.  Plaintiffs' Specific Experiences**

57.    Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 57 of the Complaint, and therefore denies the same.

14745881v1

58.     Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 58 of the Complaint, and therefore denies the same.

59.     Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 59 of the Complaint, and therefore denies the same.

60.     Defendant lacks sufficient information to admit or deny the allegations contained in Paragraph 60 of the Complaint, and therefore denies the same.

61.     Defendant denies the allegations in Paragraph 61 of Plaintiffs' Complaint.

## INJURY TO PLAINTIFF AND CLASS MEMBERS

62.     Defendant denies the allegations in Paragraph 62 of Plaintiffs' Complaint.

63.     Defendant denies the allegations in Paragraph 63 of Plaintiffs' Complaint.

64.     Defendant denies the allegations in Paragraph 64 of Plaintiffs' Complaint.

65.     Defendant denies the allegations in Paragraph 65 of Plaintiffs' Complaint.

66.     Defendant denies the allegations in Paragraph 66 of Plaintiffs' Complaint.

14745881v1

67.     The allegations in Paragraph 67 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 67 of the Complaint.

## CLASS ACTION ALLEGATIONS

68.     The allegations in Paragraph 68 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 68 of the Complaint.

69.     The allegations in Paragraph 69 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 69 of the Complaint.

70.     The allegations in Paragraph 70 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 70 of the Complaint.

71.     The allegations in Paragraph 71 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 71 of the Complaint.

72.     The allegations in Paragraph 72 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 72 of the Complaint.

73.     The allegations in Paragraph 73 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 73 of the Complaint.

## A. Numerosity

74.     The allegations in Paragraph 74 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 74 of the Complaint.

75.     The allegations in Paragraph 75 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 75 of the Complaint.

## B. Commonality and Predominance

76.     The allegations in Paragraph 76 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 76 of the Complaint.

77.     The allegations in Paragraph 77 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 77 of the Complaint.

14745881v1

78.    The allegations in Paragraph 78 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 78 of the Complaint.

## C. **Typicality**

79.    The allegations in Paragraph 79 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 79 of the Complaint.

## D. **Adequacy**

80.    The allegations in Paragraph 80 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 80 of the Complaint.

81.    The allegations in Paragraph 81 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 81 of the Complaint.

## E. **Superiority**

82.    The allegations in Paragraph 82 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 82 of the Complaint.

14745881v1

83.    The allegations in Paragraph 83 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 83 of the Complaint.

## CAUSES OF ACTION

### COUNT I: VIOLATION OF THE FLORIDA SECURITY OF COMMUNICATIONS ACT (Fla. Stat. § 934.03)
### (On Behalf of Plaintiffs and the Florida Class)

84.    In response to Paragraph 84 of the Complaint, Defendant re-alleges its responses set forth above in Paragraphs 1–83 as if fully set forth herein.

85.    The allegations in Paragraph 85 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 85 of the Complaint.

86.    The allegations in Paragraph 86 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 86 of the Complaint.

87.    Defendant denies the allegations in Paragraph 87 of Plaintiffs' Complaint.

88.    The allegations in Paragraph 88 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 88 of the Complaint.

14745881v1

89.    Defendant denies the allegations in Paragraph 89 of Plaintiffs' Complaint.

90.    The allegations in Paragraph 90 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 90 of the Complaint.

91.    The allegations in Paragraph 91 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 91 of the Complaint.

## COUNT II: VIOLATION OF THE ELECTRONIC COMMUNICATIONS PRIVACY ACT (18 U.S.C. § 2511 et seq.)
### (On Behalf of Plaintiffs and the Nationwide Class)

92.    In response to Paragraph 92 of the Complaint, Defendant re-alleges its responses set forth above in Paragraphs 1–91 as if fully set forth herein.

93.    The allegations in Paragraph 93 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 93 of the Complaint.

94.    The allegations in Paragraph 94 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 94 of the Complaint.

15

95.    The allegations in Paragraph 95 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 95 of the Complaint.

96.    The allegations in Paragraph 96 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 96 of the Complaint.

97.    The allegations in Paragraph 97 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 97 of the Complaint.

98.    The allegations in Paragraph 98 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 98 of the Complaint.

99.    The allegations in Paragraph 99 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 99 of the Complaint.

100.   The allegations in Paragraph 100 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 100 of the Complaint.

14745881v1

101. The allegations in Paragraph 101 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 101 of the Complaint.

**COUNT II: VIOLATION OF THE ELECTRONIC COMMUNICATIONS PRIVACY ACT (18 U.S.C. § 2511 et seq.)**
**(On Behalf of Plaintiffs and the Nationwide Class)**

102. In response to Paragraph 102 of the Complaint, Defendant re-alleges its responses set forth above in Paragraphs 1–101 as if fully set forth herein.

103. The allegations in Paragraph 103 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 103 of the Complaint.

104. Defendant denies the allegations in Paragraph 104 of Plaintiffs' Complaint.

105. The allegations in Paragraph 105 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 105 of the Complaint.

106. The allegations in Paragraph 106 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 106 of the Complaint.

107.    The allegations in Paragraph 107 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 107 of the Complaint.

108.    The allegations in Paragraph 108 of the Complaint contain legal conclusions to which no response is required. To the extent a response is deemed required, Defendant denies the allegations in Paragraph 108 of the Complaint.

## AFFIRMATIVE AND OTHER DEFENSES

Without assuming any burden of proof that by law is not otherwise imposed, Defendant asserts the following defenses and affirmative defenses:

## FIRST DEFENSE

### (Lack of Standing)

Plaintiffs' claims are barred in whole or in part, individually and collectively, because Plaintiffs have not suffered any damages, and therefore do not have standing to pursue their claims.

## SECOND DEFENSE

### (Failure to State a Claim)

The Complaint fails to state facts sufficient to constitute a cause of action upon which relief can be granted.

18

14745881v1

## THIRD DEFENSE

### (No Damages)

Plaintiffs' claims are barred in whole or in part, individually and collectively, because Plaintiffs did not suffer any cognizable damages or other harm, particularly not as a proximate result of any alleged act or omission of Defendant.

## FOURTH DEFENSE

### (Failure to Mitigate Damages)

Plaintiffs' claims are barred in whole or in part, individually and collectively, because Plaintiffs failed to mitigate their alleged damages.

## FIFTH DEFENSE

### (Plaintiffs' Claims are Barred)

Plaintiffs' claims are barred in whole or in part, individually and collectively, because Defendant followed applicable HIPAA rules and guidelines.

## SIXTH DEFENSE

### (Failure to Join Necessary Parties)

Plaintiff has failed to join all parties required for the Court to award complete relief, if any.

## SEVENTH DEFENSE

### (No Viewing of Information)

Plaintiff's claims are barred to the extent no information was actually viewed

19

14745881v1

by any unauthorized recipient.

## EIGHTH DEFENSE

### (Good Faith Conduct)

Defendant acted with good faith and in compliance with all statutory duties.

## NINTH DEFENSE

### (Plaintiff's Own Conduct)

Some or all of Plaintiff's and the putative class's claims are barred by their failure(s) and/or omission(s) to protect their own data prior to the actions complained of the Complaint.

## TENTH DEFENSE

### (Class Action – Certification Prerequisites)

Defendant alleges that Plaintiff cannot satisfy the prerequisites for class certification and, therefore, cannot represent the interests of others.

## ELEVENTH DEFENSE

### (Class Action – Lack of Predominance)

Defendant alleges that the types of claims alleged by Plaintiff on behalf of themself and/or the alleged putative groups they purport to represent are matters in which individual questions dominate and thus are not appropriate for class action treatment and/or are otherwise unmanageable.

14745881v1

## TWELFTH DEFENSE

### (Class Action – Lack of Typicality)

Defendant alleges that certain interests of the Plaintiff or of the alleged putative groups are in conflict with the interests of all or certain subgroups of the members of the putative groups and/or otherwise not typical.

## THIRTEENTH DEFENSE

### (Class Action – Lack of Manageability)

Defendant alleges that the Complaint and each purported cause of action alleged therein cannot proceed as a purported class action because of difficulties likely to be encountered that render the action unmanageable.

## FOURTEENTH DEFENSE

### (Class Action – Individualized Inquiries)

Plaintiff is barred from pursuing the causes of action stated in the Complaint as a class action because the defenses to be offered raise individual issues specific to each member of the class that predominate over the issues in common.

## FIFTEENTH DEFENSE

### (Prejudgment Interest)

The Complaint fails to properly state a claim upon which prejudgment interest may be awarded, as the damages claimed are not sufficiently certain to allow an award of prejudgment interest.

21

14745881v1

## SIXTEENTH DEFENSE

### (No Statutory Damages)

To the extent alleged, Plaintiff's and putative class members claims for statutory penalties violate the Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendments to the US Constitution, as well as the Florida State Constitution.

## DEMAND FOR JURY TRIAL

Defendant also states its demand here for trial by jury.

## PRAYER FOR RELIEF

WHEREFORE, having answered, Defendant prays for judgment as follows:

1.  That Plaintiffs take nothing by their Combined Class Action Complaint;

2.  That the Complaint be dismissed;

3.  That judgment be entered in favor of Defendant;

4.  For attorneys' fees and costs incurred; and

5.  For such other and further relief as this Court deems just and appropriate under the circumstances.

This 1st day of June, 2026

> */s/Angelique Lyons*
> Angelique Groza Lyons, Esq.
> Fla. Bar No. 118801
> alyons@constangy.com
> CONSTANGY, BROOKS, SMITH &
> PROPHETE, LLP
> 100 North Tampa Street, Suite 2650

22

14745881v1

Tampa, Florida 33602
T: (813) 223-7166 / F: (813) 223-2515
tampa@constangy.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of June, 2026, the foregoing was filed with the Clerk of Court using the CM/ECF system which will generate and send an e-mail notification of said filing to all counsel of record.

*/s/Angelique Lyons*
Angelique Groza Lyons, Esq.
*Attorney for Defendant*

23

14745881v1