IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAROLYNN PLACE and
LIBERTY DZAMKO, individually,        Case No. 6:26-cv-757-AGM-LHP
and on behalf of all others
similarly situated,

  Plaintiffs,

v.

THE ORTHOPAEDIC INSTITUTE, P.A.,
a Florida professional association,

  Defendant.

_____
_____/

## Certification of Compliance with Rule 11

 I certify that I have reviewed the Standing Order Requiring Disclosure of the Use of Artificial Intelligence.  With regard to docket entry No. [1], by my signature below I confirm under penalty of perjury that either (1) artificial intelligence was not used in the preparation of the filing or, (2) if artificial intelligence was used, every cited authority was personally reviewed by the filer in advance of the filing.


Dated: June 8, 2026

       Respectfully submitted,

1

By: */s/ Adam A. Schwartzbaum*

Adam A. Schwartzbaum, Esq.
Florida Bar No. 93014
**SCHWARTZBAUM**
14 NE 1st Ave Ste 705
Miami, FL 33132
Telephone: 786-453-8485
Primary Email:
adam@schwartzbaum.com
Secondary Email:
admin@schwartzbaum.com

Don Bivens*
Maxwell K. Weiss*
15169 N. Scottsdale Road, Suite 205
Scottsdale, Arizona 85254
Telephone: 602- 762-2661
Email: Don@DonBivens.com
Max@DonBivens.com

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of June, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Adam A. Schwartzbaum*
Adam A. Schwartzbaum

2